UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LAIN LEE,

                    Petitioner,

                                              CASE NO. 2:06-15545
v.

                                              PAUL D. BORMAN
WARDEN C. EICHENLAUB,                         UNITED STATES DISTRICT JUDGE

                    Respondent.
_____/

## **JUDGMENT**

Having entered an order denying Petitioner's application for the writ of habeas corpus,

IT IS ORDERED that judgment is entered in favor of Respondent.



                              DAVID J. WEAVER
                              CLERK OF COURT

                    By:     s/Denise Goodine
                                Deputy Clerk



Dated: 2/4/08
  Detroit, MI

cc:    Lain Lee
       Patricia Gaedeke